**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7333**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TIMOTHY SMITH, a/k/a Little Boo,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00220-D-2)

Submitted:  January 22, 2019                           Decided:  January 25, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Smith appeals the district court's order denying Smith's 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. Based on our review of the record, we conclude that the district court did not abuse its discretion in denying the motion based on the serious risk a reduction in Smith's sentence would pose to public safety. *See United States v. Smalls*, 720 F.3d 193, 195 (4th Cir. 2013) ("Whether to reduce a sentence and to what extent is a matter within the district court's discretion."). Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smith*, No. 5:12-cr-00220-D-2 (E.D.N.C. May 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*